

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CEDRIC BISHOP, *for himself and on behalf of all other persons similarly situated*,

            Plaintiff,

-against-

1616 SECOND AVENUE RESTAURANT LLC,

           Defendant.

---

20-CV-404 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated April 22, 2020 (Dkt. No. 11), the Court directed the parties to submit a joint Pre-Conference Statement by May 19, 2020. No such letter has been filed. No later than **May 22, 2020**, the parties shall file their joint Pre-Conference Statement.

Dated: New York, New York
       May 20, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**