

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, *for himself and on behalf of all other persons similarly situated*,

           Plaintiff,

-against-

1616 SECOND AVENUE RESTAURANT LLC,

           Defendant.

20-CV-404 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties having twice failed to submit a Joint Pre-Conference Statement in the form required by this Court (*see* Dkt. Nos. 11, 12, 13), and plaintiff's principal trial attorney having failed to attend the telephonic initial case management conference at 10:30 this morning (*see* Dkt. No. 11 ¶ 1), it is hereby ORDERED that the initial case management conference is ADJOURNED until **May 27, 2020, at 12:00 noon**. At that time the parties' principal trial attorneys should dial **(888) 557-8511** and enter the access code: **7746387**. Prior to the adjourned conference, the parties shall file a Joint Pre-Conference Statement containing the information required by this Court. (See Dkt. No. 11 ¶¶ 1-11.) At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

Dated:  New York, New York
        May 26, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**