

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, *for himself and on behalf of all other persons similarly situated*,

           Plaintiff,

-against-

1616 SECOND AVENUE RESTAURANT LLC,

           Defendant.

20-CV-404 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated May 27, 2020 (Dkt. No. 17), the Court directed the parties to submit a joint status letter by August 11, 2020. No such letter has been filed. No later than **August 14, 2020**, the parties shall file their joint status letter.

Dated: New York, New York
       August 12, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**