

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, *for himself and on behalf of all other persons similarly situated*,

        Plaintiff,

-against-

1616 SECOND AVENUE RESTAURANT LLC,

        Defendant.

20-CV-404 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has been informed that the parties have reached settlement terms. (Dkt. No. 19.) Accordingly, it is hereby ORDERED that the status conference currently scheduled for August 18, 2020 is ADJOURNED *sine die*.

Dated: New York, New York
       August 13, 2020

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**