USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/17/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

  **CEDRIC BISHOP,**
*for himself and on behalf of all other persons similarly situated*,

                     **Plaintiff,**          **1:20-cv-404 (ALC)**

            -against-                       **ORDER**

  **1616 SECOND AVENUE RESTAURANT LLC,**

                     **Defendant.**
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days.

**SO ORDERED.**

**Dated:**    **August 17, 2020**
            **New York, New York**

                                                       **HON. ANDREW L. CARTER, JR.**
                                                        **United States District Judge**